AO 440 (Rev. 8-01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>March 31, 2006 |
| NAME OF SERVER *(PRINT)*<br>John P. Cochran | TITLE<br>Law Clerk |

*Check one box below to indicate appropriate method of service*

    ☒ Served personally upon the defendant. Place where served: 5303 14th Street, N.W. Washington D.C. 20011; summons & complaint placed personally in hands of Sarita Harper, registered agent for SSK, Inc.

    ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    ☐ Returned unexecuted: _____

    ☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 31, 2006        *[signature]*
            *Date*    *Signature of Server*

            4718 N. 20th Pl. Arlington VA
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.