**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
:
**JIMMY A. BELL,**                              :
                                                :
    Plaintiff,                            :  Case No.: 1:06-cv-00586-JDB
                                                :
v.                                              :
                                                :
**R&R ENTERTAINMENT, LLC, et al.,**             :
                                                :
    Defendants.                          :
_____ :

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANT 55K, INC.**

    COMES NOW, Plaintiff Jimmy A. Bell, by and through counsel Janelle N. Richards, Esq., and the Law Office of Jimmy A. Bell, P.C., and hereby files this Motion for Entry of Default against Defendant 55K, Inc.  Plaintiff's arguments will be more fully set forth in the accompanying Memorandum of Points and Authorities.


    Respectfully submitted,

    /s/ Janelle N. Richards
    _____
    Janelle N. Richards, Esq.
    Law Office of Jimmy A. Bell, P.C.
    9610 Marlboro Pike
    Upper Marlboro, MD 20772
    301-599-7620 (office)
    301-599-7623 (fax)
    Bar No. 16520

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
**JIMMY A. BELL,**                        :
                                          :
    Plaintiff,            :    Case No.: 1:06-cv-00586-JDB
                                          :
v.                                        :
                                          :
**R&R ENTERTAINMENT, LLC, et al.,**       :
                                          :
    Defendants.           :
_____:

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT 55K, INC.

COMES NOW, Plaintiff Jimmy A. Bell, by and through counsel Janelle N. Richards, Esq., and the Law Office of Jimmy A. Bell, P.C., and hereby files this Memorandum of Points and Authorities in Support of Plaintiff's Motion for Entry of Default against Defendant 55K, Inc. For cause, Plaintiff states the following:

1. "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." Fed. R. Civ. P. 55(a).

2. Plaintiff Bell filed a Complaint against the Defendant seeking affirmative relief in the amount of $500,000.00 on March 30, 2006. *See Docket Entry 1*.

3. The complaint and summons in this action were served upon Defendant 55K incorporated via courier through the Defendant's registered agent, Sarita Harper, located at 5303 14th Street, N.W., in Washington, D.C. on the afternoon of March 31, 2006 at approximately 12:45 p.m. The complaint and summons were specifically served on Sarita Harper. Ms. Harper stated to the courier for the Plaintiff that she was indeed Sarita Harper, and the summons and a copy of Plaintiff's Complaint were placed in her hands. *See Exhibit A*, Courier's Return of Service.

4. Return of Service was filed with this Court on April 21, 2006. *See Docket Entry 2*.

5. In requesting entry of default, Plaintiff Bell attests that the Defendant is not an infant or an incompetent person.

6. In requesting entry of default, Plaintiff Bell attests that the Defendant is not in the military. According to information obtained from the Department of Consumer and Regulatory Affairs Business Regulation Administration Corporations Division, the Defendant was incorporated as a domestic business corporation in the District of Columbia on January 5, 1993. The Defendant's status is listed as "Active," which indicates that the Defendant's corporate status was current and active as of April 21, 2006. *See Exhibit B*, Corporation Abstract Print Out.

7. To date, the Defendant has failed to plead or otherwise defend against Plaintiff's Complaint which seeks $500,000.00 in compensatory and punitive damages for, *inter alia*, negligence.

8. In requesting entry of default, Plaintiff Bell attests that the Defendant did not file an answer or other required pleading.

9. In requesting entry of default, Plaintiff Bell attests that the Defendant did not challenge the Plaintiff's pleading by a motion under Fed. R. Civ. P. 12 (b) or 56.

10. In requesting entry of default, Plaintiff Bell attests that the Defendant did not otherwise defend. The Defendant did not take any action or file any document that indicated the Defendant's intent to defend the suit.

11. In requesting entry of default, Plaintiff Bell attests that the Defendant's time to defend against Plaintiff Bell's Complaint expired on April 20, 2006, but as of April 24, 2006, the Defendant has failed to defend.

WHEREFORE, Plaintiff Bell requests that an entry of default be made against Defendant 55K, Inc.

Respectfully submitted,

/s/ Janelle N. Richards, Esq.
_____

Janelle N. Richards, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
301-599-7620 (office)
301-599-7623 (fax)
Bar No. 16520

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

**JIMMY A. BELL,**  :

    Plaintiff,  :  Case No.: 1:06-cv-00586-JDB

v.  :

**R&R ENTERTAINMENT, LLC, et al.,**  :

    Defendants.  :
_____  :

## **ORDER**

Upon review of Plaintiff's Motion for Entry of Default, and in the interests of justice, it is this _____ day of April, 2006, hereby

**ORDERED**, that the Plaintiff's Motion for Entry of Default shall be and the same is hereby **GRANTED**.

_____
UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that upon this 24th day of April, 2006, a true and correct copy of the foregoing Motion for Entry of Default Against Defendant 55K, Inc., with attachments, was sent via Federal Express, shipment tracking no. 8526 6726 9508, to Defendant 55K, Inc.'s registered agent at the following address:

Sarita Harper
5303 14th Street, N.W.
Washington, D.C.   20011

                                                                                                  _____
                                                                                                  Janelle N. Richards, Esq.