IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY A. BELL<br><br>Plaintiff<br><br>v.<br><br>R & R ENTERTAINMENT, LLC.<br>et al.,<br><br>Defendants. | Case No.:1:06-CV-00586-JDB |

## DEFENDANT 55K, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

COMES NOW, 55K, Inc., by and through counsel Andrea M. Bagwell, Esq. Harmon, Wilmot & Brown, LLP, and hereby files this Response to Plaintiff's Motion for Default Judgment against Defendant 55K, Inc. Defendant's arguments will be more fully set forth in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

/s/
_____.
Andrea M. Bagwell, Esq.
Harmon, Wilmot & Brown, LLP
1010 Vermont Avenue, N.W., Suite 810
Washington, D.C. 20005
(202) 783-9100 (Office)
(202) 783-9103 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY A. BELL<br><br>　　Plaintiff<br><br>　　　　vi.<br><br>R & R ENTERTAINMENT, LLC.<br>　et al.,<br><br>　　Defendants. | Case No.:1:06-CV-00586-JDB |

## DEFENDANT 55K, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT RESPONSE TO PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT AGAINST 55K INC.

COMES NOW, Defendant 55K, Inc., by and through Counsel Andrea M. Bagwell, Esq., and Harmon, Wilmot & Brown, LLP, and hereby files this Memorandum of Points and Authorities and states the following:

1. The Defendant 55K, Inc. received Plaintiff's Complaint and Summons on March 31, 2006.

2. The Defendant 55K, Inc. faxed said Complaint and Summons to private counsel on March 31, 2006, at which time undersigned counsel advised Defendant that such information should be forwarded to its insurance carrier.

3. Defendant's 55K, Inc. provided said insurance information to counsel on April 7, 2006. (Exhibit #1)

4. Counsel telephoned Ms. Catherine Kambanis, President Federal Insurance Fed. Inc, aka Nikitas Kambanis Insurance Agency, 5800 Hubbard Drive,

     Rockville, Maryland 20852-000, on April 10, 2006 to inform said Insurance Agent of pending lawsuit. Counsel further faxed a copy of said Complaint and Summons to insurance company. (Exhibit #2)

5. The purpose of notifying said insurance company was to have said insurance company to defend said lawsuit and to provide legal counsel in connection with this matter.

6. On April 20, 2006, Counsel received correspondence on April 20, 2006 advising counsel that "…The purpose of this letter is to advise you there is no coverage for this loss under your client's commercial general liability policy…based on the Assault and Battery Exclusion". (Exhibit 3)

7. Accordingly, based on the rejection by the insurance company to defend Defendant 55K, Inc. will have the undersigned private counsel to defend said lawsuit.

8. Defendant 55K, Inc. counsel will further seek a Declaratory Action against said insurance company to have said insurance company participate in defense of this claim.

9. It would be in the interest of justice to have a Default Judgment against 55K, Inc. to pay such sum when there has been no trial on the merits in this matter to determine liability.

10. It is well known that courts prefer meritorious judgments not default judgments entered only because of inexcusable neglect.

11. It would be a travesty of justice to award Plaintiff a Default Judgment in light of the circumstances heretofore mentioned.

12. There would be no prejudice to Plaintiff to set aside the Default Judgment against 55K, Inc.

13. Plaintiff has not spent any monies on discovery.

14. To the extent they Plaintiff has been prejudice, it is outweighed by the facts.

15. In addition, pursuant to Federal Rule 60(b)(6), in the interest of justice, Defendant respectfully requests this Honorable Court to Vacate the Default Judgment and permit Defendant to demonstrate the validity of the claim on the merits.

16. Undersigned counsel is seeking to have the Default Judgment Vacated and time to file said Answer.

                        Respectfully submitted,
                        HARMON, WILMOT & BROWN, LLP

/s/

By Counsel

Andrea M. Bagwell
Harmon, Wilmot & Brown, LLP
1010 Vermont Avenue, N.W., Suite 810
Washington, D.C. 20005
(202) 783-9100
*Counsel for 55K, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2006, a copy of Defendant 55K, Inc.'s Response to Plaintiff Motion for a Default Judgment Against Defendant 55K Inc. was mailed certified mail on this 1st day of May to the following:

Janelle N. Richards, Bar No. 16520
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY A. BELL | |
| Plaintiff | Case No.:1:06-CV-00586-JDB |
| v. | |
| R & R ENTERTAINMENT, LLC. et al., | |
| Defendants. | |

## ORDER

Upon review of Defendant 55K, Inc.'s Motion to Vacate Default Judgment, and the interests of justice, it is this _____ day of May, 2006, hereby

ORDERED, that Defendant's Motion to Vacate Default shall be and the same is hereby GRANTED.

_____.
UNITED STATES DISTRICT COURT JUDGE