**PREMIUM FINANCING SPECIALISTS, INC.**
A MISSOURI CORPORATION HOME OFFICE, KANSAS CITY, MISSOURI
P O BOX 17327
BALTIMORE, MD 21297
PHONE (800)638-1923 · FAX (800)394-4484

| NOTICE OF REQUEST FOR REINSTATEMENT | |
|---|---|
| REFER TO THIS ACCOUNT NO. IN ALL CORRESPONDENCE | ACCOUNT NUMBER |
| | MDB-349321 |

## IMPORTANT
### THE POLICIES LISTED BELOW HAVE BEEN CANCELLED
### REINSTATEMENT IS DESIRED BY INSURED

**TO THE INSURER:**

PFS cancelled the scheduled policy(s) on the cancellation date indicated because of the default of the insured. The insured's account is now current. The insured would appreciate reinstatement of the below policy(s).

Only the insurance company can reinstate cancelled policy(s). Please immediately advise the insured, his agent and PFS if the policy(s) will be reinstated, or will remain cancelled.

**IF THE INSURANCE IS TO REMAIN CANCELLED, PLEASE FORWARD PFS THE RETURN PREMIUM PROMPTLY.**

**GENERAL AGENT**
L. E. HARRIS AGENCY *08731
PO BOX 8330
LANGLEY PARK, MD 20787-8330

**INSURED**
CLUB 55
55 K INCORPORATED
55 K STREET SE
WASHINGTON, DC 20003-3350

017691

**AGENT**
FEDERAL INSURANCE FED. INC AKA
NIKITAS KAMBANIS INS AGCY
5800 HUBBARD DR
ROCKVILLE, MD 20852-0000

DATE
10/15/05

10/17/05

## SCHEDULE OF POLICIES

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE | FULL NAME OF INSURER AND OF GENERAL AGENT OTHER THAN SUBMITTING PRODUCER TO WHOM COPY OF THIS NOTICE WAS SENT | COVERAGE FIRE, AUTO MAR. T.M., CAS | POLICY TERM | AMOUNT |
|---|---|---|---|---|---|
| PAC82071702 | 07/18/05 | PENN-AMERICA INSURANCE COMPANY L. E. HARRIS AGENCY *08731 | PKG | 12 | $ 7,500.00 |
| | | | FEES | | $ 125.00 |
| | | | TAXES | | $ 147.80 |

RECEIVED OCT 2 1 2005

EXHIBIT #1

**TO THE INSURED:**

THE POLICIES LISTED ABOVE ARE CANCELLED AND ARE NOT IN FORCE UNTIL THE INSURANCE COMPANY ADVISES YOU TO THE CONTRARY. ONLY THE INSURANCE COMPANY CAN REINSTATE YOUR POLICIES. IF YOU ARE NOT ADVISED PROMPTLY CONTACT YOUR INSURANCE AGENT. IF YOUR INSURANCE COVERAGE IS NOT REINSTATED, ALL PAYMENTS MADE FOLLOWING CANCELLATION WILL BE CREDITED TO YOUR ACCOUNT. THE FACT THAT YOU CONTINUE TO MAKE PAYMENTS TO PFS DOES NOT MEAN YOUR INSURANCE IS IN FORCE. ONLY THE INSURANCE COMPANIES OR YOUR AGENT CAN ADVISE YOU AS TO THE STATUS OF YOUR INSURANCE COVERAGE.

