# PENN-AMERICA GROUP, INC.

*Penn-America Insurance Company*
*Penn-Star Insurance Company*

EXHIBIT #3

ROBERT McWILLIAMS
*Litigation Specialist*

Direct Dial Number: *215/443-3642*

April 20, 2006

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
**7004 1350 0004 4302 8290 AND FIRST-CLASS MAIL**

Andrea M. Bagwell, Esq.
Harmon, Wilmot, Brown & Bagwell, LLP
1010 Vermont Avenue NW, Suite 810
Washington, DC 20005

RE:     OUR CLAIM NUMBER:     123735-RM
         OUR INSURED:              55K, INC. D/B/A CLUB 55
         DATE OF LOSS:             March 26, 2006
         CLAIMANT:                  JIMMY A. BELL
         POLICY NUMBER:        PAC 6296717

Dear Ms. Bagwell:

Please be advised that Penn-America Insurance Company insures 55K, Inc. d/b/a Club 55 under Policy PAC 6296717, effective July 18, 2005 through July 18, 2006.

On or about April 12, 2006, Penn-America Insurance Company received a copy of suit papers entitled "Bell v. 55K, Inc t/a Clubb 55, et al", filed in United States District Court, District of Columbia, Case Number 1:06CV00586. The suit seeks damages for injuries sustained by the plaintiff as the result of an assault & battery in and around your client's club. The complaint was our first notice of this loss.

The purpose of this letter is to advise you there is no coverage for this loss under your client's commercial general liability policy. The reasons for this will be discussed below:

We direct your attention to form S2005 (05/02) entitled **"ASSAULT AND BATTERY EXCLUSION"**, which is part of your policy and reads, as follows:

### ASSAULT AND BATTERY EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

APR 2 6 2006

420 S. York Road • Hatboro, PA 19040 • Tel: (215) 443-3600 • Fax: (215) 443-3604

PENN-AMERICA INSURANCE COMPANY
April 21, 2006
Page 2

### COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY
### COVERAGE C - MEDICAL PAYMENTS
### COMMERCIAL PROFESSIONAL LIABILITY COVERAGE PART

In consideration of the premium charged it is hereby understood and agreed that this policy will not provide coverage, meaning indemnification or defense costs for damages alleged or claimed for:

"Bodily Injury," "Property Damage," "Personal and Advertising Injury," Medical Payments or any other damages resulting from assault and battery or physical altercations that occur in, on, near or away from the insured's premises;

1) Whether or not caused by, at the instigation of or with the direct or indirect involvement of the insured, the insured's employees, patrons or other persons in, on, near or away from insured's premises, or

2) Whether or not caused by or arising out of the insured's failure to properly supervise or keep the insured's premises in a safe condition, or

3) Whether or not caused by or arising out of any insured's act or omission in connection with the prevention or suppression of the assault and battery or physical altercation, including, but not limited to, negligent hiring, training and/or supervision.

4) Whether or not caused by or arising out of negligent, reckless, or wanton conduct by the insured, the insured's employees, patrons or other persons.

As per the above cited policy language, injuries arising from an assault and battery or physical altercation are specifically excluded. Because the claimant's injuries are the result of an assault, this exclusion applies.

We also direct your attention to form S2026 (05/96) entitled **"LIQUOR LIABILITY EXCLUSION ENDORSEMENT"** which is part of your policy and reads as follows:

### LIQUOR LIABILITY EXCLUSIVE ENDORSEMENT

This endorsement modifies such insurance as is afforded by the provision of the policy relating to the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. **LIQUOR LIABILITY EXCLUSION**

PENN-AMERICA INSURANCE COMPANY
April 21, 2006
Page 3

      Section I, Coverage A, Part 2, Exclusion C. is deleted and replaced with the following:

    C.    "Bodily Injury: or "Property Damage" for which any insured may be held liable by reason of:

        (1)    Causing or contributing to the intoxication of any person;

        (2)    The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

        (3)    Any statute, ordinance or regulation relating to the sale, gift distribution or use of alcoholic beverages.

While there appear to be no allegations of improper service of alcohol in the aforementioned complaint, it is typical for such accusations to arise in these type of claims, therefore, we wish to bring this exclusion to your attention. Your client's policy specifically excludes liquor liability claims.

We also direct your attention to form S2002 (08/02) entitled **"COMBINED PROVISIONS ENDORSEMENT"** which is part of your policy and reads as follows:

**COMBINED PROVISIONS ENDORSEMENT**

This endorsement modifies insurance provided under the following:

**Commercial General Liability Coverage Part**
**Commercial Professional Liability Coverage Part**
**Liquor Liability Coverage Form**

**PUNITIVE DAMAGES EXCLUSION**

It is part of the conditions of this policy that the Company shall not be liable for any damages awarded against an insured as punitive or exemplary damages.

The Complaint in this matter contains request for punitive damages. As per the above cited policy language, punitive or exemplary damages are specifically excluded. If this matter were to go to trial and an award is entered for punitive or exemplary damages, you would be personally responsible for same.

We again direct your attention to the **"COMMERCIAL GENERAL LIABILITY COVERAGE FORM"** CG 00 01 (12/04) which reads, in part, as follows:

**COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1.    **Insuring Agreement**

PENN-AMERICA INSURANCE COMPANY
April 21, 2006
Page 4

> We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. . But:
>
>> **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and
>>
>> **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage's **A** or **B** or medical expenses under Coverage **C**.
>
> No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverage's **A** and **B**.
>
> **b.** This insurance applies to "bodily injury" and "property damage" only if:
>
>> **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";
>>
>> **(2)** The "bodily injury" or "property damage" occurs during the policy period; and
>>
>> **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

We also direct your attention to – **SECTION V – DEFINTIONS** which reads, in part, as follows:

> **3.** "Bodily Injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.
>
> **13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

PENN-AMERICA INSURANCE COMPANY
April 21, 2006
Page 5

    17. "Property damage" means:

        **a.**    Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

        **b.**    Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

    For the purpose of this insurance, electronic data is not tangible property.

    As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

The aforementioned complaint contains allegations of a violation of the DC Human Rights Act 2-1402.31. Because the alleged violation is not "bodily injury" or "property damage" as defined by the policy, it is not covered.

By stating that there is no coverage, we mean that Penn-America Insurance Company will not defend or indemnify on your client's behalf in this matter.

We regret that we cannot be of further assistance at this time.

There may be other reasons which affect coverage in addition to those cited in this letter. The Company waives none of its rights in relation to raising any other applicable policy provision, condition or exclusion which may affect coverage.

Waiving none and reserving to Penn-America Insurance Company all its rights and defenses under and pursuant to Policy PAC 6296717.

                                            Very truly yours,

                                            ROBERT McWILLIAMS

/lmh

cc:    L.E. Harris Agency, Inc.
        P.O. Box 8330
        Langley Park, MD 20787
        First-Class Mail

PENN-AMERICA INSURANCE COMPANY
April 21, 2006
Page 6

Federal Insurance Fed., Inc.
5800 Hubbard Drive
Rockville, MD 20852
First-Class Mail

55K, Inc.
d/b/a Club 55
55 K Street, S.E.
Washington, DC 20003
First Class Mail