# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JIMMY A. BELL ]
                   ]
    Plaintiff          ]    Case No.:1:06-CV-00586-JDB
                   ]
          v.      ]
R & R ENTERTAINMENT, LLC. ]
et al.,              ]
                   ]
    Defendants.     ]

## DEFENDANT 55K, INC.'S ANSWER TO COMPLAINT OF PLAINTIFF JIMMY A. BELL

COMES NOW, 55K, Inc., by and through counsel Andrea M. Bagwell, Esq. Harmon, Wilmot & Brown, LLP, and hereby files this state as follows:

1.    The allegations set forth in paragraph 1 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, 55K, Inc. denies the allegations set forth in paragraph 1 of the Complaint.

2.    The allegations set forth in paragraph 2 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, 55K, Inc. denies the allegations set forth in paragraph 1 of the Complaint.

3.    55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 3 of the Complaint and therefore deny them.

4.    Defendant 55K, Inc. is a registered corporation in the District of Columbia.

5.    Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 5 of the Complaint and therefore deny them.

6.    Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 6 of the Complaint and therefore deny them.

7.    Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 7 of the Complaint and therefore deny them.

8.    Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 8 of the Complaint and therefore deny them.

9.    Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 9 of the Complaint and therefore deny them.

10.   Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 10 of the Complaint and therefore deny them.

11.   Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 11 of the Complaint and therefore deny them.

12.     Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 12 of the Complaint and therefore deny them.

13.     Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 13 of the Complaint and therefore deny them.

14.     Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 14 of the Complaint and therefore deny them.

15.     Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 15 of the Complaint and therefore deny them.

16.     Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 16 of the Complaint and therefore deny them.

17.     Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 17 of the Complaint and therefore deny them.

18.     Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 18 of the Complaint and therefore deny them.

19.    Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 19 of the Complaint and therefore deny them.

20.    Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 20 of the Complaint and therefore deny them.

21.    Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 21 of the Complaint and therefore deny them.

22.    Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 22 of the Complaint and therefore deny them.

23.    Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 23 of the Complaint and therefore deny them.

24.    Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 24 of the Complaint and therefore deny them.

25.    Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 25 of the Complaint and therefore deny them.

26.    Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 26 of the Complaint and therefore deny them.

27.    Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 27 of the Complaint and therefore deny them.

## COUNT I: NEGLIGENCE

### (All Defendants)

28.    Defendant incorporates by reference its responses in paragraphs 1 through 27 of the Complaint.

29.    Defendant denies the allegations set forth in paragraph 29 of the Complaint. The allegations contained in paragraph 29 amount to legal conclusions to which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 29 of the Complaint.

30.    Defendant denies the allegations set forth in paragraph 30 of the Complaint. The allegations contained in paragraph 30 amount to legal conclusions to which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 30 of the Complaint.

31.    Defendant denies the allegations set forth in paragraph 31 of the Complaint. The allegations contained in paragraph 31 amount to legal conclusions to which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 31 of the Complaint.

32.   Defendant denies the allegations set forth in paragraph 32 of the Complaint. The allegations contained in paragraph 32 amount to legal conclusions to which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 32 of the Complaint.

33.   Defendant denies the allegations set forth in paragraph 33 of the Complaint. The allegations contained in paragraph 33 amount to legal conclusions to which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 33 of the Complaint.

34.   Defendant is without sufficient information to either admit or deny the allegations contained in paragraph 34, to the extent a response is required, 55K, Inc. denies the allegations.

35.   Defendant is without sufficient information to either admit or deny the allegations contained in paragraph 35, to the extent a response is required, 55K, Inc. denies the allegations.

36.   Defendant is without sufficient information to either admit or deny the allegations contained in paragraph 36, to the extent a response is required, 55K, Inc. denies the allegations.

37.   Defendant is without sufficient information to either admit or deny the allegations contained in paragraph 37, to the extent a response is required, 55K, Inc. denies the allegations.

38.   Defendant is without sufficient information to either admit or deny the allegations contained in paragraph 38, to the extent a response is required, 55K, Inc. denies the allegations.

## COUNT II: NEGLIGENCE

### (All Defendants)

39.  Defendant incorporates by reference its responses in paragraphs 1 through 38 of the Complaint.

40.  Defendant denies the allegations set forth in paragraph 40 of the Complaint. The allegations contained in paragraph 40 amount to legal conclusions to which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 40 of the Complaint.

41.  Defendant denies the allegations set forth in paragraph 41 of the Complaint. The allegations contained in paragraph 41 amount to legal conclusions to which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 41 of the Complaint.

42.  Defendant denies the allegations set forth in paragraph 42 of the Complaint. The allegations contained in paragraph 42 amount to legal conclusions to which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 42 of the Complaint.

43.  Defendant denies the allegations set forth in paragraph 43 of the Complaint. The allegations contained in paragraph 43 amount to legal conclusions to which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 43 of the Complaint.

44.  Defendant denies the allegations set forth in paragraph 43 of the Complaint. The allegations contained in paragraph 44 amount to legal conclusions to

which a response is not required; to the extent a response is required,

Defendant denies the allegations set forth in paragraph 44 of the Complaint.

45.    Defendant is without sufficient information to either admit or deny the

allegation contained in paragraph 45, to the extent a response is required, 55K,

Inc. denies the allegation.

46.    Defendant is without sufficient information to either admit or deny the

allegation contained in paragraph 46, to the extent a response is required, 55K,

Inc. denies the allegation.

47.    Defendant is without sufficient information to either admit or deny the

allegation contained in paragraph 47, to the extent a response is required, 55K,

Inc. denies the allegation.

48.    Defendant is without sufficient information to either admit or deny the

allegation contained in paragraph 48, to the extent a response is required, 55K,

Inc. denies the allegation.

49.    Defendant is without sufficient information to either admit or deny the

allegation contained in paragraph 49, to the extent a response is required, 55K,

Inc. denies the allegation.


## COUNT III: NEGLIGENT TRAINING & SUPERVISION

### (All Defendants)

50.    Defendant incorporates by reference its responses in paragraphs 1 through 49

of the Complaint.

51.     Defendant denies the allegations set forth in paragraph 51 of the Complaint. The allegations contained in paragraph 51 amount to legal conclusions to which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 51 of the Complaint.

52.     Defendant denies the allegations set forth in paragraph 52 of the Complaint. The allegations contained in paragraph 52 amount to legal conclusions to which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 52 of the Complaint.

53.     Defendant denies the allegations set forth in paragraph 53 of the Complaint. The allegations contained in paragraph 53 amount to legal conclusions to which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 53 of the Complaint.

54.     Defendant denies the allegations set forth in paragraph 54 of the Complaint. The allegations contained in paragraph 54 amount to legal conclusions to which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 54 of the Complaint.

55.     Defendant denies the allegations set forth in paragraph 55 of the Complaint. The allegations contained in paragraph 55 amount to legal conclusions to which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 55 of the Complaint.

56.   Defendant is without sufficient information to either admit or deny the allegation contained in paragraph 56, to the extent a response is required, 55K, Inc. denies the allegation.

57.   Defendant is without sufficient information to either admit or deny the allegation contained in paragraph 57, to the extent a response is required, 55K, Inc. denies the allegation.

58.   Defendant is without sufficient information to either admit or deny the allegation contained in paragraph 58, to the extent a response is required, 55K, Inc. denies the allegation.

59.   Defendant is without sufficient information to either admit or deny the allegation contained in paragraph 59, to the extent a response is required, 55K, Inc. denies the allegation.

60.   Defendant is without sufficient information to either admit or deny the allegation contained in paragraph 60, to the extent a response is required, 55K, Inc. denies the allegation.

## COUNT IV: ASSAULT

### (All Defendants)

61.   Defendant incorporates by reference its responses in paragraphs 1 through 60 of the Complaint.

62.   Defendant denies the allegations set forth in paragraph 62 of the Complaint. The allegations contained in paragraph 62 amount to legal conclusions to

which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 62 of the Complaint.

63.    Defendant denies the allegations set forth in paragraph 63 of the Complaint. The allegations contained in paragraph 63 amount to legal conclusions to which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 63 of the Complaint.

64.    Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 64 of the Complaint and therefore deny them.

65.    Defendant 55K, Inc. is without sufficient information to either admit or deny the allegations set forth in paragraph 65 of the Complaint and therefore deny them.

66.    Defendant denies the allegations set forth in paragraph 66 of the Complaint. The allegations contained in paragraph 66 amount to legal conclusions to which a response is not required; to the extent a response is required, Defendant denies the allegations set forth in paragraph 66 of the Complaint.

67.    Defendant is without sufficient information to either admit or deny the allegation contained in paragraph 67, to the extent a response is required, 55K, Inc. denies the allegation.

68.    Defendant is without sufficient information to either admit or deny the allegation contained in paragraph 68, to the extent a response is required, 55K, Inc. denies the allegation.

69.  Defendant is without sufficient information to either admit or deny the allegation contained in paragraph 69, to the extent a response is required, 55K, Inc. denies the allegation.

70.  Defendant is without sufficient information to either admit or deny the allegation contained in paragraph 70, to the extent a response is required, 55K, Inc. denies the allegation.

71.  Defendant is without sufficient information to either admit or deny the allegation contained in paragraph 71, to the extent a response is required, 55K, Inc. denies the allegation.

## COUNT V: BATTERY

### (All Defendants)

72.  Defendant incorporates by reference its responses in paragraphs 1 through 71 of the Complaint.

73.  Defendant is incorporated in the District of Columbia.

74.  The allegations set forth in paragraph 74 amount to a legal conclusion to which a response is not required; to the extent a response is required, 55K, Inc.

75.  Defendant is without sufficient information to either admit or deny the allegations set forth in paragraph 75 of the Complaint and therefore deny them.

76.   Defendant is without sufficient information to either admit or deny the allegations set forth in paragraph 76 of the Complaint and therefore deny them.

77.   The allegations set forth in paragraph 77 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 77 of the Complaint.

78.   The allegations set forth in paragraph 78 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 78 of the Complaint.

79.   The allegations set forth in paragraph 79 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 79 of the Complaint.

80.   The allegations set forth in paragraph 80 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 80 of the Complaint.

81.   The allegations set forth in paragraph 81 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 81 of the Complaint.

82. The allegations set forth in paragraph 82 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 82 of the Complaint.

83. The allegations set forth in paragraph 83 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 83 of the Complaint.

84. Defendant incorporates by reference their responses in paragraphs 1 through 83 of the Complaint.

85. Defendant admits the allegation contained in paragraph 85.

86. The allegations set forth in paragraph 86 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 86 of the Complaint.

87. The allegations set forth in paragraph 87 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 87 of the Complaint.

88. Defendant is without sufficient information to either admit or deny the allegations set forth in paragraph 88 of the Complaint and therefore deny them.

89. The allegations set forth in paragraph 89 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 89 of the Complaint.

90. The allegations set forth in paragraph 90 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 90 of the Complaint.

91. The allegations set forth in paragraph 91 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 91 of the Complaint.

92. The allegations set forth in paragraph 92 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 92 of the Complaint.

93. The allegations set forth in paragraph 93 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 93 of the Complaint.

94. The allegations set forth in paragraph 94 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is

required, defendant denies the allegations set forth in paragraph 94 of the Complaint.

95.     Defendant incorporates by reference its responses in paragraphs 1 through 95 of the Complaint.

96.     The allegations set forth in paragraph 96 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 96 of the Complaint.

97.     The allegations set forth in paragraph 97 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 97 of the Complaint.

98.     Defendant is without sufficient information to either admit or deny the allegations set forth in paragraph 98 of the Complaint and therefore deny them.

99.     Defendant is without sufficient information to either admit or deny the allegations set forth in paragraph 99 of the Complaint and therefore deny them.

100.    Defendant is without sufficient information to either admit or deny the allegations set forth in paragraph 100 of the Complaint and therefore deny them.

101.    The allegations set forth in paragraph 101 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is

required, defendant denies the allegations set forth in paragraph 101 of the Complaint.

102. The allegations set forth in paragraph 102 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 102 of the Complaint.

103. The allegations set forth in paragraph 103 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 103 of the Complaint.

104. The allegations set forth in paragraph 104 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 104 of the Complaint.

105. The allegations set forth in paragraph 105 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 105 of the Complaint.

106. The allegations set forth in paragraph 106 of the Complaint amount to legal conclusions to which a response is not required; to the extent a response is required, defendant denies the allegations set forth in paragraph 106 of the Complaint.

107. Defendant seeks a dismissal of said Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Complaint fails to state a claim of action to which relief can be provided.

### Second Affirmative Defense

The doctrine of contributory negligence applies.

### Third Affirmative Defense

That the Plaintiff has failed to comply with conditions precedent to bringing the claim, which bars the relief sought

### Fourth Affirmative Defense

That the Plaintiff generally denies all liability and damages contained in the complaint.

### Fifth Affirmative Defense

The Plaintiff's claim against Defendant is barred due to Plaintiff's failure to investigate 55K, Inc.

### Sixth Affirmative Defense

Plaintiff's claim against 55K, Inc. is barred because the conduct of Plaintiff was not the caused by Defendant.

### Seventh Affirmative Defense

Plaintiff has failed to mitigate its damages.

## Eighth Defense

Defendant reserves the right to supplement its Answer with any additional defenses of which it becomes aware during discovery and/or prior to trial.

**WHEREFORE**, Defendant, 55K, Inc., by counsel, respectfully requests that the Court enter an Order (1) dismissing the Complaint; (2) award Defendant attorney's fees and its costs and expenses incurred herein; and (3) award Defendant such further relief as it deems appropriate.

Respectfully submitted,

/s/

_____.
Andrea M. Bagwell, Esq.
Harmon, Wilmot & Brown, LLP
1010 Vermont Avenue, N.W., Suite 810
Washington, D.C. 20005
(202) 783-9100 (Office)
(202) 783-9103 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2006, a copy of Defendant 55K, Inc.'s Answer to Plaintiff's Complaint was mailed, postage prepaid to the following:

Janelle N. Richards, Bar No. 16520
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JIMMY A. BELL | ] |
| Plaintiff | ]<br>]<br>] Case No.:1:06-CV-00586-JDB |
| v. | ]<br>] |
| R & R ENTERTAINMENT, LLC.<br>  et al., | ]<br>]<br>] |
| Defendants. | ]<br>]<br>] |

## ORDER

Upon review of Defendant 55K, Inc.'s Motion to Vacate Default Judgment, and the interests of justice, it is this _____ day of June, 2006, hereby

ORDERED, that Defendant's Motion to Vacate Default shall be and the same is hereby GRANTED.

_____.
UNITED STATES DISTRICT COURT JUDGE