UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY A. BELL,<br><br>  Plaintiff,<br><br>  v.<br><br>R&R ENTERTAINMENT, LLC, et al.,<br><br>  Defendants. | Civil Action No.  06-586 (JDB) |

### ORDER

It is this 16th day of June, 2006, hereby **ORDERED** that the initial scheduling conference in this matter is set for July 28, 2006, at 9:00 a.m. in Courtroom 8.  Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcome to attend.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their conference, see L. Civ. R.16.3(d), and in no event less than three business days before the initial scheduling conference.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter.  See L. Civ. R. 5.1(b).  The parties are directed to the requirements of Local Civil Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

**SO ORDERED**.

                                                      /s/ John D. Bates
                                                      JOHN D. BATES
                                                United States District Judge

Copies to:

Jimmy A. Bell
Janelle Natasha Richards
LAW OFFICE OF JIMMY A. BELL, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772
Email: janellerichards@qmail.com
Email: jimbellesq@aol.com

    *Counsel for plaintiff*


Andrea M. Bagwell, II
HARMON, WILMOT & BROWN, LLP
1010 Vermont Avenue, NW
Washington, DC  20005
Email: attbagwell@hwblaw.org

    *Counsel for defendant 55K, Inc.*