IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIMMY A. BELL,** : | |
| : | |
| Plaintiff, : | Case No.: 1:06-cv-00586-JDB |
| : | |
| v. : | |
| : | |
| **R&R ENTERTAINMENT, LLC, et al.** : | |
| : | |
| Defendants. : | |

**PLAINTIFF'S CONSENT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND REFER MATTER FOR SETTLEMENT CONFERENCE**

COMES NOW Plaintiff Jimmy A. Bell, by and through counsel, Janelle N. Richards, Esq. and the Law Office of Jimmy A. Bell, P.C., and pursuant to Fed.R. Civ. P. 6(b) hereby files this Consent Motion to continue the initial scheduling conference set for July 28, 2006 and refer the above-captioned matter for a settlement conference.

For cause, Plaintiff states the following:

1. An initial scheduling conference in the above-captioned matter has been set for July 28, 2006 at 9:00 a.m.

2. The parties believe that it may prove fruitful to refer this matter for a settlement conference prior to appearing for the initial scheduling conference.

3. Fed. R. Civ. P. 6(b) states "the court for cause shown may at any time in its discretion…order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order."

4. On July 10, 2006, the parties contacted Magistrate Judge Alan Kay to gauge his availability to confer with both parties in regards to a settlement.

5.      Judge Kay is available for a settlement conference on Thursday, August 17, 2006 at 10:00am.

6.      Both parties are also available for a settlement conference on Thursday, August 17, 2006 at 10:00am.

WHEREFORE, the Plaintiff, on behalf of both parties in the above-captioned matter, requests that this Honorable Court grant the foregoing consent motion, continue the initial scheduling conference, and refer this matter for settlement before Judge Alan Kay on August 17, 2006 at 10:00 a.m..

                                      Respectfully submitted,

                                      /s/ Janelle N. Richards
                                      _____
                                      Janelle N. Richards, Esq.
                                      Law Office of Jimmy A. Bell, P.C.
                                      9610 Marlboro Pike
                                      Upper Marlboro, MD 20772
                                      301-599-7620 (office)
                                      301-599-7623 (fax)
                                      Bar No. 16520

Dated: July 12, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIMMY A. BELL,** | : |
| Plaintiff, | : Case No.: 1:06-cv-00586-JDB |
| v. | : |
| **R&R ENTERTAINMENT, LLC, et al.** | : |
| Defendants. | : |

## ORDER

UPON CONSIDERATION of the Plaintiff's Consent Motion to Continue Initial Scheduling Conference and Refer Matter for Settlement Conference, it this _____ day of _____, 2006 hereby

ORDERED that Plaintiff's Consent Motion to Continue Initial Scheduling Conference is GRANTED, and it is

FURTHER ORDERED that this matter shall be referred for a settlement conference on the _____ day of _____, 2006.


Date_____          _____
                                          JOHN D. BATES
                                          United States District Judge