UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY A. BELL,<br><br>  Plaintiff,<br><br>  v.<br><br>R&R ENTERTAINMENT, LLC, et al.,<br><br>  Defendants. | Civil Action No.  06-586 (JDB) |

### ORDER

Upon consideration of [7] plaintiff's consent motion to continue the initial scheduling conference and refer this matter to a magistrate judge to facilitate settlement discussions, it is this 12th day of July, 2006, hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that this action is **REFERRED** to Magistrate Judge Alan Kay for a period of not more than sixty (60) days for the sole purpose of facilitating settlement discussions; it is further

**ORDERED** that the parties shall contact the chambers of Magistrate Judge Kay forthwith to schedule a settlement conference; it is further

**ORDERED** that the initial scheduling conference set for July 28, 2006, is **CONTINUED** to September 12, 2006, at 9:00 a.m.; and it is further

**ORDERED** that the parties' shall file a joint report addressing the topics listed in Local Civil Rule 16.3(c) by not later than September 7, 2006, unless a stipulation of dismissal is filed on or before that date, in which case the Court will cancel the initial scheduling conference.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Copies to:

Jimmy A. Bell
Janelle Natasha Richards
LAW OFFICE OF JIMMY A. BELL, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772
Email: janellerichards@qmail.com
Email: jimbellesq@aol.com

*Counsel for plaintiff*


Andrea M. Bagwell, II
HARMON, WILMOT & BROWN, LLP
1010 Vermont Avenue, NW
Washington, DC  20005
Email: attbagwell@hwblaw.org

*Counsel for defendant 55K, Inc.*