IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JIMMY A. BELL,**<br><br>    Plaintiff,<br><br>v.<br><br>**R&R ENTERTAINMENT, LLC, et al.,**<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Civil Case No. 1:06-cv-00586-JDB<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Jimmy A. Bell agrees to dismiss, with prejudice, the above-captioned case against Defendant 55K, Inc. Pursuant to Rule 41(a)(1)(ii), this dismissal is signed by all parties who have appeared in this action. Plaintiff Jimmy A. Bell and Defendant 55K, Inc. agree to bear its own costs and attorneys' fees.

Respectfully submitted,

   /s/ Janelle N. Richards
Janelle N. Richards, Esq.
LAW OFFICE OF JIMMY A. BELL, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
**Counsel for Plaintiff Bell**

   /s/ Andrea Bagwell
Andrea Bagwell, Esq.
HARMON, WILMOT & BROWN
1010 Vermont Avenue, NW
Suite 810
Washington, D.C. 20005
(202) 783-9100
(202) 783-9103 (fax)
**Counsel for Defendant 55K, Inc.**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Stipulation of Dismissal with Prejudice was served, via electronic filing, this 26th day of September, 2006, to:

>Andrea Bagwell, Esq.
>HARMON, WILMOT & BROWN
>1010 Vermont Avenue, NW
>Suite 810
>Washington, D.C. 20005
>**Counsel for Defendant 55K, Inc.**

/s/ Janelle N. Richards
Janelle N. Richards, Esq.